# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADRIAN CONTRERAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-271-JDK |
| | § | |
| TT MARKETING, INC. and TENANT TRACKER, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Adrian Contreras filed the complaint in this case against Defendants TT Marketing, Inc. and Tenant Tracker, Inc. on July 14, 2021. Due to a lack of activity in this case, on January 6, 2022, the Court ordered Plaintiff to file proof of service or to notify the Court why Defendants have not been served by January 14, 2022. Docket No. 4. The Court further warned that failure to comply may result in dismissal of Plaintiff's case.

Plaintiff has filed nothing further in this case, and neither Defendant has appeared. Accordingly, the Court hereby **DISMISSES** Plaintiff's claims without prejudice for failure to prosecute.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **24th** day of **January, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE